# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-919V

| | |
|---|---|
| ANGELENA WALKER,<br><br>              Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>              Respondent. | Chief Special Master Corcoran<br><br>Filed: February 11, 2021 |

## SCHEDULING ORDER – SPECIAL PROCESSING UNIT

On February 5, 2021, Respondent filed a status report updating me on the parties' damages discussions. ECF No. 25. The status report stated that Petitioner rejected Respondent's January 26, 2021 damages proffer. Further, the parties asked that a briefing schedule for damages be set.

The parties' briefs shall address their respective positions on the value of the case and underlying reasoning supporting their positions. Where appropriate, those briefs shall set out the facts of the case, describe in detail Petitioner's treatment course, and describe Petitioner's current condition and any residual effects. The briefs shall also specify the amount of damages each party believes to be an appropriate amount of compensation and the arguments in support of those figures. Additionally, the parties' briefs shall address how prior SIRVA damages decisions support their respective positions.

The parties shall adhere to the following schedule:

- **Petitioner shall file the following by no later than <u>March 12, 2021</u>**:
    - Any evidence or receipts in support of her request for damages;
    - Any additional affidavits in support of her request for damages;
    - Any updated medical records;
    - A brief addressing damages as detailed above; and
    - A Status Report indicating whether all updated records have been filed and whether Petitioner continues to treat for her injury.

- **Respondent shall file his brief addressing damages, as detailed above, by no later than later than <u>30 days after the filing of Petitioner's brief</u>.**

Respondent shall indicate in his brief whether or not he opposes each element of damages requested by Petitioner.

- **Petitioner shall file any reply brief, by no later than <u>14 days after the filing of Respondent's brief</u>**. Petitioner's reply brief shall verify which, if any, items of damages have been resolved between the parties and detail the specific value for each damages item (i.e., lost wages, unreimbursed medical expenses, etc.).

It is my intension, assuming the parties agree, to have an expediated damages hearing after the briefing is complete. Any questions about this order or about this case generally may be directed to OSM staff attorney Andrew Sterling at (202) 357-6389 or Andrew_Sterling@cfc.uscourts.gov.

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master